IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**LINDA M. FIGLAR,**

    **Plaintiff,**

v.                                                            Civil Action No. 1:23-cv-30

**SIMONTON WINDOWS &**                  Judge Thomas S. Kleeh
**DOORS, INC. and KELLY DOE,**

    **Defendants.**

## PARTIAL DISMISSAL ORDER [ECF NO. 70]

Plaintiff has filed a motion to voluntarily dismiss her Count III for Wrongful termination and all claims against Kelly Doe under Rule 41(a)(2) of the Federal Rules of Civil Procedure, which allows dismissal at a plaintiff's request by court order. Fed. R. Civ. P. 41(a)(2). For the reasons stated therein, Plaintiff's Motion [ECF No. 70] is **GRANTED**. Accordingly, Plaintiff's Count III for Wrongful Termination and all claims against Kelly Doe are **DISMISSED WITH PREJUDICE**.

It is **ORDERED.**

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record

**ENTERED** this 18th day of October, 2024.

_____
Judge Thomas S. Kleeh