UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Linda M. Figlar
*Plaintiff(s)*
v.
Simonton Windows & Doors, Inc.
*Defendant(s)*

Civil Action No. 1:23-cv-30

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other:

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge Thomas S. Kleeh

Defendant Simonton Windows & Doors, Inc.'s Motion for Summary Judgment is GRANTED. Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

Date: March 27, 2025

*CLERK OF COURT*
Cheryl Dean Riley
/s/ D. Kinsey

*Signature of Clerk or Deputy Clerk*